## STATE OF NORTH CAROLINA v. JACK FESPERMAN.

### (Filed 7 April, 1965.)

APPEAL by the State from *Latham, S.J.,* 14 December 1964 Conflict Criminal Session of MECKLENBURG.

The defendant was charged in Bill of Indictment No. 42932 with having corruptly and wilfully failed to discharge one of his official duties with respect to the same matters set forth in Bill No. 42959.

The defendant moved to quash these bills on the same grounds set out in the case of *S. v. Hord,* filed this day, *ante* 149. The motion was allowed as to both bills, and the State appeals pursuant to the provisions of G.S. 15-179, and assigns error.

*Attorney General Bruton, Deputy Attorney General Harry W. Mc-Galliard, Asst. Attorney General James F. Bullock for the State, appellant.*

*Carswell & Justice for defendant appellee.*

PER CURIAM. On authority of *S. v. Hord, ante* 149, we hold that a duly appointed policeman of the City of Charlotte, North Carolina, is an officer of said City within the meaning of G.S. 14-230.

The motion to quash, allowed by the court below, will be upheld for the reasons set out in the *Hord* case.

Affirmed.